# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

### CASE NO. 20-14425-CIV-CANNON

**PAUL WAYNE MERRITT,**

    Petitioner,

v.

**FLORIDA COMMISSION
ON OFFENDER REVIEW**

    Respondent.
_____/

## ORDER DISMISSING UNAUTHORIZED SUCCESSIVE APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254

**THIS CAUSE** is before the Court on Petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which was docketed on June 15, 2021 and is styled "Habeas Corpus Actual Innocent" [ECF No. 10]. As noted by the Court's Order of Dismissal on May 27, 2020 [ECF No. 8], before a prisoner may file a second or successive habeas petition, he first must obtain an order from the court of appeals authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). "Absent such an order, the district court lacks jurisdiction to consider a second or successive habeas petition." *Thomas v. Sec'y, Fla. Dep't of Corr.*, 737 F. App'x 984, 985 (11th Cir. 2018) (citing *Tompkins v. Sec'y, Dep't of Corr.*, 557 F.3d 1257, 1259 (11th Cir. 2009)); *In re Williams*, 898 F.3d 1098, 1099 (11th Cir. 2018). For the same reasons listed in the Court's Order dated May 20, 2020, Petitioner's application constitutes a "second or successive" habeas petition, yet he has not obtained leave from the Eleventh Circuit to file such a petition. Accordingly, the amended application [ECF No. 10] is dismissed for lack of subject matter jurisdiction.

**CONCLUSION**

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The unauthorized successive amended application for a writ of habeas corpus [ECF No. 10] is **DISMISSED FOR LACK OF JURISDICTION**.

2. No Certificate of Appealability shall issue. *See Bolin v. Sec'y, Fla. Dep't of* Corr., 628 F. App'x 728, 730 (11th Cir. 2016) (explaining a COA is unnecessary to appeal a dismissal for lack of subject-matter jurisdiction).

3. The Clerk of Court shall **CLOSE THIS CASE.**

4. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 17th day of June 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

Copies to:

**Paul Wayne Merritt**
073084
Martin Correctional Institution
Inmate Mail/Parcels
1150 SW Allapattah Road
Indiantown, Florida 34956
PRO SE

Counsel of record